**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS, <br><br> Petitioner, <br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al., <br><br> Respondents. | No. 25-158 <br><br> Agency No. EPA–HQ–OPPT–2022–0902 <br> Environmental Protection Agency <br><br> ORDER |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; et al., <br><br> Petitioners, <br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. | No. 25-572 <br><br> Agency No. EPA-HQ-OPPT2022-0902 <br> Environmental Protection Agency |
| ENVIRONMENTAL DEFENSE FUND, <br><br> Petitioner, <br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al., <br><br> Respondents. | No. 25-573 <br><br> Agency No. EPA-HQ-OPPT2022-0902 <br> Environmental Protection Agency |

25-158

Case Nos. 25-158, 25-572, and 25-573 are consolidated.

The motion (Docket Entry No. 11) to stay appellate proceedings is granted.

Appellate proceedings are stayed until June 11, 2025.

The motion (Docket Entry No. 12) for an extension of time to file the certified administrative record is granted. The deadlines will be reset when the stay of appellate proceedings is lifted.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT